## No. 972.

BENJAMIN A. SMITH, ADMINISTRATOR, VS. FANNIE ANDERSON, WIFE, ET AL.

An appeal lies from an interlocutory order, only when it works an irreparable injury, and no injury of this kind can be seen to arise from the continuing of a case from one term to another.

APPEAL from the Eighth Judicial District Court, parish of St. Landry. *John N. Ogden*, Acting Judge. *Henry L. Garland*, for plaintiff and appellant. *John E. King, B. A. Martel & Hudspeth*, for defendants and appellees.

MORGAN, J. This is an appeal from an order of the district judge continuing the case.

These orders are within the discretion of the district judge. Even if we could interfere, the case has been continued, and the reversal of the judgment would amount to nothing. Besides, this is an interlocutory order. An appeal lies from an interlocutory order, but only when it works an irreparable injury. We see no irreparable injury which can arise from the continuing of a cause from one term to another.

Appeal dismissed.